No. 94-6483.  EINSPAHR v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94-6489.  GOETSCH v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 94-6496.  JACKSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94-6497.  KENNEDY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94-6499.  SONAGERE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94-6504.  CALVILLO v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94-6505.  CHAVEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94-6508.  TANGEMAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 94-5610.  PORTER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Motion of petitioner for leave to file an amendment to petition for writ of certiorari granted.  Certiorari denied.

No. 94-6331.  WADLINGTON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. D-1423.  IN RE DISBARMENT OF OKOCHA, 512 U. S. 1284;

No. 93-2056.  REICHSTEIN v. NALICO INTERNATIONAL CORP. ET AL., *ante*, p. 824;

No. 93-9035.  QUIBAN v. DEPARTMENT OF VETERANS AFFAIRS, *ante*, p. 918;

No. 93-9416.  MARCUM v. UNITED STATES, *ante*, p. 845;

No. 93-9436.  VOTH v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY, *ante*, p. 846;

No. 93-9516.  KARIM-PANAHI v. LOS ANGELES POLICE DEPARTMENT ET AL., *ante*, p. 851;

No. 93–9523.  GOCKEN *v.* WASHINGTON, *ante,* p. 851;

No. 93–9573.  JIMENEZ *v.* GENERAL MOTORS CORP. ET AL., *ante,* p. 854;

No. 93–9581.  LLOYD *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 854;

No. 93–9762.  RUSSELL *v.* UNITED STATES, *ante,* p. 864;

No. 93–9764.  BESINGA *v.* UNITED STATES ET AL., *ante,* p. 864;

No. 93–9784.  IN RE CRAWFORD, *ante,* p. 806;

No. 94–114.  DAVIS *v.* NEW JERSEY BELL, *ante,* p. 871;

No. 94–143.  NELSON ET AL. *v.* MASSACHUSETTS ET AL., *ante,* p. 872;

No. 94–5143.  GUINN *v.* COOPER, WARDEN, ET AL., *ante,* p. 887;

No. 94–5177.  BLEICKEN *v.* PERKINS ET AL., *ante,* p. 889;

No. 94–5242.  WILSON *v.* CITY OF BERKELEY ET AL., *ante,* p. 892;

No. 94–5336.  IN RE CRUMB, *ante,* p. 805; and

No. 94–5491.  GUICHARD *v.* WISNIESKI ET AL., *ante,* p. 903. Petitions for rehearing denied.

No. 93–115.  NYSA–ILA WELFARE FUND ET AL. *v.* DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL., 510 U. S. 944. Motion for leave to file petition for rehearing denied.

No. 93–738.  OBERLE, AKA JONES *v.* UNITED STATES, 510 U. S. 1025.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

## NOVEMBER 15, 1994

No. 94–167.  GUTIERREZ DE MARTINEZ ET AL. *v.* LAMAGNO ET AL.  C. A. 4th Cir.  [Certiorari granted, *ante,* p. 998.]  Michael K. Kellogg, Esq., of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

## NOVEMBER 21, 1994

No. 94–670.  CALDWELL ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.